AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 12 2014 ★

LONG ISLAND OFFICE

| | |
|---|---|
| Jarrett R. Jenkins | )
)
) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:14-cv-05685-SJF-AKT |
| CHASE BANK USA, N.A. | )
) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHASE BANK USA, N.A.
c/o: John C. Marion--Director and President
201 North Walnut Street
Wilmington, DE 19801-2903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jarrett R. Jenkins
334 Locust Street, Apt.,-1
West Hempstead, NY 11552-3044
jrobertjenkins@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 11/12/2014

*Signature of Clerk or Deputy Clerk*

**RECEIVED**

NOV 12 2014

**EDNY PRO SE OFFICE**